# EXHIBIT E



20 Old Bailey, London EC4M 7AN
t: +44 20 7597 6000
f: +44 20 7597 6543
DX 160 London/Chancery Lane
www.withersworldwide.com

Our ref: hhh/ln83052/0005/hhh
Your ref:

8 November 2021

Ms Kenny Sofowora
Liberty Wall Solicitors LLP
Boardman House
Office 2, 4th floor, 64 The Broadway
Stratford, London
E15 1NT
kenny@libertywallsolicitors.com

By email

Dear Madam,

**Federal Republic of Nigeria v Zhongshan Fucheng Industrial Investment Co Ltd – Payment of Zhongshan's costs**

We refer to the parties' agreement whereby the Federal Republic of Nigeria ("**Nigeria**") agreed to pay the costs of our client, Zhongshan Fucheng Industrial Investment Co Ltd, in the sum of GBP 175,000 incurred in the defence of claim no CL-2021-000241 (the "**Claim**").

We have now received (and enclose) the sealed Order of Mr Justice Butcher dated 4 November 2021. Therefore, as agreed, we invite your client to pay GBP 175,000 by 4PM on 1 December 2021.

Please find below the relevant banking details:

> Account Name: Withers LLP GBP Client Account
> Sort Code: 15-99-00
> Account Number: 80250020
> BIC: HOABGB2L
> IBAN: GB84 HOAB 1599 0080 2500 20

In light of the discontinuance of the Claim, we further invite Nigeria to pay the sums awarded in the Award dated 26 March 2021 by 4PM on 1 December 2021. Including interest to date, the amount due is:

A. **USD 65,927,495** plus interest accruing at USD 3,775 per day from 8 November 2021; and

B. **GBP 2,901,243** plus interest accruing at GBP 171 per day from 8 November 2021.

direct: +44 20 7597 6675
e-mail: hussein.haeri@withersworldwide.com

Withers LLP is a limited liability partnership registered in England and Wales with registered number OC301149 and is authorised and regulated by the Solicitors Regulation Authority with registered number 352314. A full list of members' names and professional qualifications may be inspected at our registered office, 20 Old Bailey, London EC4M 7AN.

LN83052/0005-EU-35150475/1

Withersworldwide
London  Cambridge  Geneva  Milan  Padua  Sydney
Hong Kong  Singapore  Tokyo  British Virgin Islands
New York  Greenwich  New Haven  San Francisco
Los Angeles  Rancho Santa Fe  San Diego

8 November 2021
*Federal Republic of Nigeria v Zhongshan Fucheng Industrial Investment Co Ltd*

For the amount in GBP, please use the banking details above. For the amount in USD, please find below the relevant banking details:

    Account Name: Withers LLP USD Client Account

    Sort Code: 15-99-00

    Account Number: 80250610

    BIC: HOABGB2L

    IBAN: GB62 HOAB 1599 0080 2506 10

Yours faithfully,

*[signature: Withers LLP]*

Withers LLP

Enc.