IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZHONGSHAN FUCHENG INDUSTRIAL INVESTMENT CO. LTD.,<br><br>                    Petitioner,<br><br>v.<br><br>THE FEDERAL REPUBLIC OF NIGERIA,<br><br>                    Respondent. | Civil Action No. 22-cv-170-BAH |

## RETURN OF SERVICE AFFIDAVIT

I, the undersigned, counsel of record for Zhongshan Fucheng Industrial Investment Co. Ltd., hereby certify that on March 14, 2022, Withers Bergman LLP served a copy of the signed Summons (the "Summons") (ECF No. 10), the Petition to Enforce Arbitration Award (the "Petition") (ECF No. 1), the declaration in support of the Petition and corresponding exhibits (the "Declaration") (ECF No. 2), the notice of proposed Order granting Petition to Recognize and Enforce Foreign Arbitral Award (the "Order") (ECF No. 3), the Certificate of Disclosure (ECF No. 4), the notice of suit (the "Notice"), and a copy of the Foreign Sovereign Immunities Act of 1976 (the "FSIA") on the Federal Republic of Nigeria, by mailing the Summons, Petition, Declaration, Order, Certificate of Disclosure, Notice, and FSIA to:

        THE FEDERAL REPUBLIC OF NIGERIA
        c/o Hon. Geoffrey Onyeama
        Minister of Foreign Affairs
        The Ministry of Foreign Affairs of the Federal Republic of Nigeria
        Tafawa Balewa House
        Off Ahmadu Bello Way
        Central Business District
        Federal Secretariat
        Abuja
        Nigeria

by DHL international shipping on March 8, 2022. A copy of the proof of delivery for DHL shipment tracking no. 4560523520 is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2022

Respectfully submitted,

By:    */s/* Steven Moore

Steven Moore, D.C. Bar No. CT0012
WITHERS BERGMAN LLP
1700 East Putnam Avenue
Suite 400
Greenwich, Connecticut 06870
Telephone: (203) 302-4100
Fax: (203) 302-6609
Steven.Moore@withersworldwide.com

Emma Lindsay (*pro hac vice*)
Jovana Crncevic (*pro hac vice*)
WITHERS BERGMAN LLP
430 Park Avenue
New York, New York 10022
Telephone: (212) 848-9800
Fax: (212) 848-9888
Emma.Lindsay@withersworldwide.com
Jovana.Crncevic@withersworldwide.com

*Counsel for Petitioner Zhongshan Fucheng Industrial Investment Co. Ltd.*

# EXHIBIT A



15 March 2022

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 4560523520.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 4560523520 was delivered on 14 March 2022 at 09.46**

| | | | |
|---|---|---|---|
| **Signed** | MR YINKA | **Destination Service Area** | ABUJA NIGERIA |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600009502648533 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 08 March 2022 at 13.51 | | |
| | | **Shipper Reference** | 4560523520US20220226155958024 |